# FILED

12/28/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0614

## IN THE SUPREME COURT OF THE STATE OF MONTANA
## SUPREME COURT CAUSE NO. DA 22-0614

ABBIGAIL STRAUB, BRITTNEY GRITTEN, BRITTNEY MILL, S.D., and K.H. )

Plaintiffs/Appellees,

vs.

CHIEN "HOWARD" HWA SHEN, SHEN PROPERTIES, LLC, CARNE, INC. d/b/a CARNE BRAZILIAN GRILL, ASIAN SEA GRILL, INC., WILD GINGER, INC., and TING TING "TINA" WU,

Defendants/Appellants.

**ORDER GRANTING CHIEN "HOWARD" HWA SHEN'S UNOPPOSED MOTION TO DISMISS APPEAL**

*******************

Based upon unopposed motion and good cause appearing,

**IT IS HEREBY ORDERED** that the above-referenced case is DISMISSED.

DATED this _____ day of December, 2022.

_____
CHIEF JUSTICE

cc:    John Heenan/Joe Cook
       Mark D. Parker/Michael L. Dunphy/Cal J. Stacey
       Patrick M. Sullivan

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 28 2022